United States District Court
for the
Southern District of Florida

| Javier Barrios and Liliana Mariela Pato, Plaintiffs, | ) ) ) | |
|---|---|---|
| v. | ) ) ) | Civil Action No. 19-24407-Civ-Scola |
| Kevin K. McAleenan and others, Defendants. | ) | |

### Order on the Plaintiffs' Emergency Motion for TRO

Now before the Court is the Plaintiffs' emergency motion for a temporary restraining order or a preliminary injunction. (**ECF No. 4**.) This matter was before the Court for a hearing on October 25, 2019. After considering the written submissions, argument of counsel, and the relevant legal authorities, the motion is **denied** for the following reasons.

First, under the visa waiver program, Barrios has waived his rights to contest his removal.

Second, this Court does not have jurisdiction to contest the execution of his removal.

Third, even the Court had jurisdiction to contest Barrios's removal, he has not demonstrated that he will be irreparably harmed by his removal. Barrios needs to return to Argentina in order to become a legal permanent resident of the United States because he needs to undergo "consular processing" at a consular post abroad.

Fourth, this suit is improper because it constitutes a challenge to the Defendants' discretion, and there is no evidence showing that the Defendants' exercised that discretion in an arbitrary and capricious manner.

Therefore, the Court **denies** the Plaintiff's emergency motion (**ECF No. 4**) and orders the clerk to **close** the case. Any pending motions are **denied as moot**. The Court is not granting a stay of this order pending an appeal to the Eleventh Circuit. However, the Court grants a stay of his removal until November 8, 2019 at 12:00 P.M. so that the Plaintiffs can seek a further stay from the Eleventh Circuit Court of Appeals. This Court retains jurisdiction of the case to enforce the stay order.

(Continued on following page)

**Done And Ordered** at Miami, Florida on October 25, 2019.

_____
Robert N. Scola, Jr.
United States District Judge